April 7, 2006

Mr. David W. Holman
Godwin Pappas Langley Ronquillo, LLP
5 Houston Center
1401 McKinney Street, Suite 2700
Houston, TX 77010

Ms. Joan M. Lucci Bain
Bain & Bain, P.L.L.C.
4503 Montrose Blvd
Houston, TX 77006
Mr. Timothy J. Higley
City of Houston Legal Department
PO Box 368
Houston, TX 77001-0368

RE: Case Number: 04-0465
 Court of Appeals Number: 01-02-00879-CV
 Trial Court Number: 98-55144

Style: THE CITY OF HOUSTON
 v.
 ROBERT JACKSON

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed opinion and
judgment in the above-referenced cause.

 Sincerely,
 [pic]

 Andrew Weber, Clerk

 by Gena Pelham, Deputy Clerk
Enclosures
|cc:|Mr. Charles |
| |Bacarisse |
| |Ms. Margie |
| |Thompson |
| |Mr. Rance L. Craft|